**Order filed, January 23, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-01075-CV

———————

**MYRA LISA WELLONS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF JASON WELLONS, DECEASED, MEGAN WELLONS, Appellant**

**V.**

**VALERO REFINING-NEW ORLEANS, L.L.C AND VALERO SERVICES INC., Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-36186**

## ORDER

The reporter's record in this case was due **January 11, 2019**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Shannon Simmons**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM